UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HAYAT MASUDI,

    Plaintiff,

-against-

WIRELESS CHANNELS, INC.; WIRELESS
CHANNELS SERVICES INC.; BENJAMIN
JOSEPH; VISHWANATH KURUP; ATUL
THAKUR; ABC DISTRIBUTION INC.;
AMERICAN CONNECTIONS LLC; AJAY
BHUMITRA; COMPACT GIANT LLC; LAW
OFFICES OF DAVID C. BERG; DOES 1-20;
YAACOV AMIR; and SIMON BOUHADANA
BOUHADANA,

    Defendants.
---------------------------------------------------------------X

NOT FOR PUBLICATION
ORDER

09-CV-2411 (CBA)(LB)

AMON, United States District Judge:

This Court has received the well-reasoned Report and Recommendation of the Honorable Lois Bloom, United States Magistrate Judge, dated January 26, 2010, recommending that this Court dismiss this action for lack of subject matter jurisdiction and deny plaintiff's motion for leave to file a second amended complaint as futile. As no party has objected, the Court hereby adopts the Report and Recommendation of January 26, 2010 as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this order and to close the case.

SO ORDERED.

Dated:    Brooklyn, New York
           March _, 2010

/S/
Carol Bagley Amon
United States District Judge